# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137857

ABRAHAM KRISPIN,
   Plaintiff-Appellant,

v

               SC: 137857
               COA: 284255
               Oakland CC: 2000-020720-CH

DONALD FOSTER and ANN TILLIE
WATKINS,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the September 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

Clerk

d0422